No. 02–9288. McGREGOR v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 02–9293. IVORY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 02–9299. GUILMETTE, AKA GAILMETTE, AKA GUILLETTE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–9301. FLOURNOY v. CREAMER ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9304. ROWELL v. GRIEGAS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9307. DAVIS v. WILLIAMS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–9313. DANSBY v. ARENDALL. C. A. 11th Cir. Certiorari denied.

No. 02–9318. KNIGHT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9324. TAYLOR v. EDGAR ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–9325. LANZY v. HARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–9326. LARA v. CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9327. LAMB v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9335. NEWLAND v. TURPIN, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 02–9337. JONES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9339. PENA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.